**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>HARDER, DALE JO<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-27118 JS<br><br>JUDGE JOHN SQUIRES |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE JOHN SQUIRES
       BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.    DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 07/08/05. The Trustee was appointed on 07/08/05. An order for relief under Chapter 7 was entered on 07/08/05.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.    The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.    A summary of the Trustee's Final Report as of 2/12/08 is as follows:

    a. RECEIPTS (See Exhibit C)      $ 100,092.22

    b. DISBURSEMENTS (See Exhibit C)      $ 47,248.75

    c. NET CASH available for distribution      $ 52,843.47

    d. TRUSTEE/PROFESSIONAL COSTS
       1. Trustee compensation requested (See Exhibit E)      $ 6,589.65
       2. Trustee Expenses (See Exhibit E)      $ 0.00
       3. Compensation requested by attorney or other
          professionals for trustee (See Exhibit F)      $ 4,493.50
    e. Illinois Income Tax for Estate (See Exhibit G)      $ 0.00

5.    The Bar Date for filing unsecured claims expired on 01/18/08.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a. Allowed unpaid secured claims      $ 0.00

    b. Chapter 7 Administrative and 28 U.S.C. §1930 claims      $ 11,083.15

    c. Allowed Chapter 11 Administrative Claims      $ 0.00

    d. Allowed priority claims      $ 0.00

    e. Allowed unsecured claims      $ 15,961.18

7.    Trustee proposes that unsecured creditors receive a distribution of 100.00% of allowed claims.

8.    Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $4,493.50. The total of Chapter 7 professional fees and expenses requested for final allowance is $11,083.15. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.    A fee of $775.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:  2/12/08                                         RESPECTFULLY SUBMITTED,


                                                        By:/s/David Grochocinski
                                                            DAVID GROCHOCINSKI, TRUSTEE
                                                            1900 RAVINIA PLACE
                                                            ORLAND PARK, IL  60462
                                                            Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462


Invoice submitted to:
Harder, Dale Jo


February 11, 2008


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/1/2005 | DEG | Review of schedules and financial affairs prior to 341 meeting | 0.80<br>375.00/hr | 300.00 |
| 8/10/2005 | DEG | Conduct 341 meeting | 0.50<br>375.00/hr | 187.50 |
| 8/18/2005 | DEG | Prepared letter to Petrocellio, Jr. regarding PI case and retention of firm to litigate same on behalf of Trustee | 0.80<br>375.00/hr | 300.00 |
| 8/30/2005 | DEG | Review of complaint regarding PI claim | 1.00<br>375.00/hr | 375.00 |
| 9/19/2005 | DEG | Prepared letter to Petrocelli, Jr. regarding value of PI case; need to turnover information regarding same to assess whether or not it should be administered by the estate | 0.50<br>375.00/hr | 187.50 |
| 9/21/2005 | DEG | Receipt and review of letter from Petrocelli, Jr. regarding a copy of answer to complaint; same attached for review and status of case | 0.90<br>375.00/hr | 337.50 |
|  | DEG | Telephone conference with attorney regarding value of case and related issues | 0.80<br>375.00/hr | 300.00 |
| 10/24/2005 | DEG | Prepared letter to Petrocelli, Jr. regarding need for approval of bankruptcy court to settle; need to be updated as to status frequently | 0.20<br>375.00/hr | 75.00 |
| 4/10/2006 | DEG | Prepared letter to Alfred Petrocelli, Jr. regarding status of PI case | 0.30<br>375.00/hr | 112.50 |
| 4/17/2006 | DEG | Receipt and review of letter from PI attorney regarding status of case; depositions scheduled | 0.30<br>375.00/hr | 112.50 |
| 12/1/2006 | DEG | Prepared letter to Mitch Friedman regarding status of PI case | 0.30<br>375.00/hr | 112.50 |
| 1/19/2007 | DEG | Prepared asset notice requesting delay | 0.40<br>375.00/hr | 150.00 |
| 2/13/2007 | DEG | Receipt and review of letter from Friedman regarding status of case | 0.20<br>375.00/hr | 75.00 |



EXHIBIT A

Harder, Dale Jo                                                                                                          Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/4/2007 | DEG | Prepared letter to Friedman regarding need for status on PI case | 0.20<br>375.00/hr | 75.00 |
| 9/27/2007 | DEG | Letter to special counsel regarding status on PI case | 0.30<br>350.00/hr | 105.00 |
| 9/28/2007 | DEG | Prepared letter to Friedman regarding status of case | 0.20<br>375.00/hr | 75.00 |
| 10/5/2007 | DEG | Receipt and review of letter from Schwaner regarding status of case | 0.20<br>375.00/hr | 75.00 |
| 10/15/2007 | DEG | Telephone conference with David Schwaner regarding attempt to resolve matter regarding lien | 1.20<br>375.00/hr | 450.00 |
| 10/16/2007 | DEG | Prepared letter to Schwaner regarding settlement of matter | 1.80<br>375.00/hr | 675.00 |
| 10/18/2007 | DEG | Prepared initial report of assets; bar date set for 1/18/08; file with court | 0.50<br>375.00/hr | 187.50 |
| 10/19/2007 | DEG | Telephone conference with debtor regarding status | 0.40<br>375.00/hr | 150.00 |
|  | DEG | Telephone conference with Dale Harder regarding status on case and related issues | 1.20<br>350.00/hr | 420.00 |
| 10/31/2007 | DEG | Prepared fascimile letter to Schwaner regarding backup material for fees and expenses | 0.30<br>375.00/hr | 112.50 |
| 11/1/2007 | DEG | Receipt and review of retainer agreement between debtor and Morici Figlioli & Assoc. | 0.30<br>375.00/hr | 112.50 |
| 11/29/2007 | DEG | Telephone conference with debtor regarding request of correspondence be sent to Arizona address | 0.40<br>375.00/hr | 150.00 |
|  | DEG | Receipt and review of notice of change of address for debtor | 0.10<br>375.00/hr | 37.50 |
|  | DEG | Receipt and review of expense ledger from Morici et al | 0.50<br>375.00/hr | 187.50 |
| 12/11/2007 | DEG | Receipt and review of letter and check from David Schwaner in the amount of $105,000.00; open accounts and deposit same | 0.80<br>375.00/hr | 300.00 |
| 12/12/2007 | DEG | Receipt of email from debtor regarding check being sent certified mail | 0.20<br>375.00/hr | 75.00 |
| 12/21/2007 | DEG | Prepared letter to debtor along with check for exemption in the amount of $7,500.00 | 0.60<br>375.00/hr | 225.00 |
| 12/28/2007 | DEG | Intiial review of claim docket | 0.30<br>375.00/hr | 112.50 |
|  | DEG | Check claims; initial | 0.40<br>375.00/hr | 150.00 |
|  | DEG | Letter and check to special counsel per order of the 21st | 0.80<br>375.00/hr | 300.00 |
| 1/31/2008 | DEG | Final review of claim docket | 0.40<br>375.00/hr | 150.00 |
|  | DEG | Prepared letter to accountant with order approving employment and necessary documents to prepare tax returns | 0.80<br>375.00/hr | 300.00 |
| 2/6/2008 | DEG | Prepared final report | 3.00<br>375.00/hr | 1,125.00 |
|  | DEG | Receipt and review of letter from accountant regarding taxes and his statement of fees | 1.10<br>375.00/hr | 412.50 |

Harder, Dale Jo                                                                                  Page      3

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 23.00 | $8,587.50 |

# EXHIBIT B

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
| | |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto | |

|  |  |
|---|---|
| TOTAL RECEIPTS | $           100,092.22 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $                    0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $             14,300.00 |

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

Case 05-27118    Doc 32    Filed 03/24/08    Entered 03/24/08 12:01:57    Desc Main
Document      Page 8 of 19

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 05B-27118 JS | Trustee: | (520067) DAVID GROCHOCINSKI, TRUSTEE |
|---|---|---|---|
| Case Name: | HARDER, DALE JO | Filed (f) or Converted (c): | 07/08/05 (f) |
| | | §341(a) Meeting Date: | 08/10/05 |
| Period Ending: | 02/11/08 | Claims Bar Date: | 01/18/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT | 100.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNT | 15.00 | 0.00 | | 0.00 | FA |
| 3 | MISC. HOUSEHOLD GOODS | 760.00 | 0.00 | | 0.00 | FA |
| 4 | PERSONAL CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 5 | MISC. JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 6 | IRA ACCOUNTS | 4,500.00 | 0.00 | | 0.00 | FA |
| 7 | PI LAWSUIT | 20,000.00 | 11,775.00 | | 100,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 92.22 | Unknown |
| 8 | **Assets**  Totals (Excluding unknown values) | **$26,075.00** | **$11,775.00** | | **$100,092.22** | **$0.00** |

**Major Activities Affecting Case Closing:**

EMPLOYED SPECIAL COUNSEL TO CONTINUE PROSECUTION OF PERSONAL INJURY CASE IN CIRCUIT COURT OF COOK COUNTY, HARDER V. CADILLAC RANCH TEXAS BBQ, CASE #04I 013827; CASE STILL PENDING; UNSURE OF OUTCOME
ASSET NOTICE FILED REQUESTING DELAY  ON 1/19/06
CASE PENDING; DISCOVER DEPOSITIONS SET FOR FEBRUARY 2007; NO OFFER RECEIVED; PI CASE PENDING; SETTLEMENT OF PERSONAL INJURY CASE APPROVED BY COURT AT $100,000; PAID DEBTOR'S EXEMPTION AND FEES AND COSTS TO SPECIAL COUNSEL; AWAITING CLAIM BAR DATE TO EXPIRE; COMPLETION OF TAX RETURN

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05B-27118 JS  
**Case Name:** HARDER, DALE JO  

**Trustee:** (520067)   DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 07/08/05 (f)  
**§341(a) Meeting Date:** 08/10/05  

**Period Ending:** 02/11/08  

**Claims Bar Date:** 01/18/08  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2007   **Current Projected Date Of Final Report (TFR):** June 30, 2008

| | | Form 2 | | | | Page: 1 |
|---|---|---|---|---|---|---|
| | | **Cash Receipts And Disbursements Record** | | | | |

**Case Number:** 05B-27118 JS  
**Case Name:** HARDER, DALE JO  
**Taxpayer ID #:** 13-7583889  
**Period Ending:** 02/11/08  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****75-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/07 | {7} | NORTH AMERICAN RISK SERVICES | SETTLEMENT OF PI CASE | 1142-000 | 95,000.00 | | 95,000.00 |
| 12/14/07 | {7} | INDIANA INSURANCE CO | SETTLEMENT OF PI CASE | 1142-000 | 5,000.00 | | 100,000.00 |
| 12/21/07 | 1001 | DALE JOE HARDER | EXEMPTION DUE DEBTOR FROM PI CASE SETTLEMENT | 8100-002 | | 7,500.00 | 92,500.00 |
| 12/28/07 | 1002 | MORICI, FIGLIOLI & ASSOCIATES | COMPENSATION AND REIMBURSEMENT OF EXPENSES | | | 39,702.66 | 52,797.34 |
| | | | FEES            33,334.00 | 3210-600 | | | 52,797.34 |
| | | | EXPENSES        6,368.66 | 3220-610 | | | 52,797.34 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 22.38 | | 52,819.72 |
| 01/03/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 21.86 | | 52,841.58 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 47.98 | | 52,889.56 |
| 02/11/08 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #05B-27118, BOND #016026455  - TERM 2/1/08-2/1/09 | 2300-000 | | 46.09 | 52,843.47 |
| | | | **ACCOUNT TOTALS** | | 100,092.22 | 47,248.75 | **$52,843.47** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 100,092.22 | 47,248.75 | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | **NET Receipts / Disbursements** | | **$100,092.22** | **$39,748.75** | |

{} Asset reference(s)                                                                                        Printed: 02/11/2008 02:59 PM    V.10.03

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05B-27118 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | HARDER, DALE JO | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****75-66 - Checking Account |
| Taxpayer ID #: | 13-7583889 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 02/11/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

```
              Net Receipts :      100,092.22
      Less Payments to Debtor :     7,500.00
                              _____
                 Net Estate :     $92,592.22
```

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****75-65** | 100,092.22 | 39,748.75 | 52,843.47 |
| **Checking # ***-*****75-66** | 0.00 | 0.00 | 0.00 |
| | $100,092.22 | $39,748.75 | $52,843.47 |

{} Asset reference(s)                                                                    Printed: 02/11/2008 02:59 PM    V.10.03

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:  
HARDER, DALE JO

CHAPTER 7 CASE

CASE NO. 05B-27118 JS

JUDGE JOHN SQUIRES

Debtor(s)

**PROPOSED DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u>, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 11,083.15 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 14,624.18 |
| Post-Petition Interest: | $ 1,337.00 |
| Surplus to Debtor: | $ 25,799.14 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 52,843.47 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 11,083.15 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,035.00 | 1,035.00 |
| ADMIN2 | DAVID GROCHOCINSKI, TRUSTEE | 6,589.65 | 6,589.65 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 76.00 | 76.00 |
| ADMIN4 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3,382.50 | 3,382.50 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b)(6) - Tax Liens: | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 14,624.18 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 001 | DISCOVER BANK/DFS SERVICES LLC | 6,650.25 | 6,650.25 |
| 002 | DISCOVER BANK/DFS SERVICES LLC | 7,973.93 | 7,973.93 |
| | | TOTAL $ | 14,624.18 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $ 1,337.00 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 001I | DISCOVER BANK/DFS SERVICES LLC | 607.99 | 607.99 |
| 002I | DISCOVER BANK/DFS SERVICES LLC | 729.01 | 729.01 |
| | | TOTAL $ | 1,337.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $ 25,799.14 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| SURPLUS | HARDER, DALE JO | 25,799.14 | 25,799.14 |
| | | TOTAL $ | 25,799.14 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____          _____
                                       DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 76.00 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 3,382.50 | |
| | | | 3,458.50 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 1,035.00 | |
| | | | 1,035.00 |
| **Attorney for Debtor** | | | 0.00 |
| **Other Professionals** | | | 0.00 |
| | | | |
| TOTALS | $ 0.00 | $ 4,493.50 | $ 4,493.50 |

1