| | |
|---|---|
| **Form 2** | Page: 1 |
| **Cash Receipts And Disbursements Record** | |

| Case Number: | 05B-27118 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | HARDER, DALE JO | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****75-65 - Money Market Account |
| Taxpayer ID #: | 13-7583889 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 06/10/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/14/07 | {7} | NORTH AMERICAN RISK SERVICES | SETTLEMENT OF PI CASE | 1142-000 | 95,000.00 | | 95,000.00 |
| 12/14/07 | {7} | INDIANA INSURANCE CO | SETTLEMENT OF PI CASE | 1142-000 | 5,000.00 | | 100,000.00 |
| 12/21/07 | 1001 | DALE JOE HARDER | EXEMPTION DUE DEBTOR FROM PI CASE SETTLEMENT | 8100-002 | | 7,500.00 | 92,500.00 |
| 12/28/07 | 1002 | MORICI, FIGLIOLI & ASSOCIATES | COMPENSATION AND REIMBURSEMENT OF EXPENSES | | | 39,702.66 | 52,797.34 |
| | | | FEES                       33,334.00 | 3210-600 | | | 52,797.34 |
| | | | EXPENSES               6,368.66 | 3220-610 | | | 52,797.34 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 22.38 | | 52,819.72 |
| 01/03/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 21.86 | | 52,841.58 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 47.98 | | 52,889.56 |
| 02/11/08 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #05B-27118, BOND #016026455  - TERM 2/1/08-2/1/09 | 2300-000 | | 46.09 | 52,843.47 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 25.92 | | 52,869.39 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 23.74 | | 52,893.13 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 17.37 | | 52,910.50 |
| 05/01/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1700% | 1270-000 | 0.00 | | 52,910.50 |
| 05/01/08 | | To Account #********7566 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 52,910.50 | 0.00 |

|  |  |  |
|---|---|---|
| Subtotals : | $100,159.25 | $100,159.25 |

{} Asset reference(s)

Printed: 06/10/2008 11:19 AM     V.10.03

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 05B-27118 JS  
**Case Name:** HARDER, DALE JO  

**Taxpayer ID #:** 13-7583889  
**Period Ending:** 06/10/08  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****75-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 100,159.25 | 100,159.25 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 52,910.50 | |
| | | | **Subtotal** | | 100,159.25 | 47,248.75 | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | **NET Receipts / Disbursements** | | **$100,159.25** | **$39,748.75** | |

{} Asset reference(s)

Printed: 06/10/2008 11:19 AM    V.10.03

## Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05B-27118 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | HARDER, DALE JO | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****75-66 - Checking Account |
| Taxpayer ID #: | 13-7583889 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/10/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/01/08 | | From Account #********7565 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 52,910.50 | | 52,910.50 |
| 05/02/08 | 101 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | Dividend paid 100.00% on $1,035.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,035.00 | 51,875.50 |
| 05/02/08 | 102 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $6,589.65, Trustee Compensation; Reference: | 2100-000 | | 6,589.65 | 45,285.85 |
| 05/02/08 | 103 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $76.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 76.00 | 45,209.85 |
| 05/02/08 | 104 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $3,382.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,382.50 | 41,827.35 |
| 05/02/08 | 105 | DISCOVER BANK/DFS SERVICES LLC | Dividend paid 100.00% on $6,650.25; Claim# 001; Filed: $6,650.25; Reference: | 7100-000 | | 6,650.25 | 35,177.10 |
| 05/02/08 | 106 | DISCOVER BANK/DFS SERVICES LLC | Dividend paid 100.00% on $7,973.93; Claim# 002; Filed: $7,973.93; Reference: | 7100-000 | | 7,973.93 | 27,203.17 |
| 05/02/08 | 107 | DISCOVER BANK/DFS SERVICES LLC | Dividend paid 100.00% on $659.30; Claim# 001I; Filed: $659.30; Reference: | 7990-000 | | 659.30 | 26,543.87 |
| 05/02/08 | 108 | DISCOVER BANK/DFS SERVICES LLC | Dividend paid 100.00% on $790.52; Claim# 002I; Filed: $790.52; Reference: | 7990-000 | | 790.52 | 25,753.35 |
| 05/02/08 | 109 | HARDER, DALE JO | Dividend paid 100.00% on $25,753.35; Claim# SURPLUS; Filed: $25,753.35; Reference: | 8200-000 | | 25,753.35 | 0.00 |

Subtotals : **$52,910.50** **$52,910.50**

{} Asset reference(s)

Printed: 06/10/2008 11:19 AM V.10.03

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 05B-27118 JS  
**Case Name:** HARDER, DALE JO

**Taxpayer ID #:** 13-7583889  
**Period Ending:** 06/10/08

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****75-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 52,910.50 | 52,910.50 | $0.00 |
| | | | Less: Bank Transfers | | 52,910.50 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 52,910.50 | |
| | | | Less: Payments to Debtors | | | 25,753.35 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $27,157.15 | |

| | | |
|---|---:|---|
| Net Receipts : | 100,159.25 | |
| Less Payments to Debtor : | 7,500.00 | |
| Net Estate : | $92,659.25 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| **MMA # ***-*****75-65** | 100,159.25 | 39,748.75 | 0.00 |
| **Checking # ***-*****75-66** | 0.00 | 27,157.15 | 0.00 |
| | $100,159.25 | $66,905.90 | $0.00 |

{} Asset reference(s)   Printed: 06/10/2008 11:19 AM   V.10.03